1 **JS-6**

8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luftu Murat Uckardesler, et al., | Case No. **CV 09-1467-JFW (MANx)** |
| Plaintiff, | **JUDGMENT** |
| v. | |
| Azteca International Corporation, et al., | |
| Defendant. | |

   The Court, having granted the Defendants' motions for summary judgment based on its determination that there was no genuine issue as to any material fact and that Defendants were entitled to judgment as a matter of law on all claims for relief alleged against them,

   IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND DECREED, that judgment is entered in this action as follows:

   1.  Plaintiffs Luftu Murat Uckardesler and Global Agency, Ltd. shall recover nothing from any of the named Defendants;

    2.   Defendants Promofilm UC, LLC and Azteca International Corporation shall have judgment in their favor on Plaintiffs' entire action; and

    3.   Defendants shall recover from Plaintiffs their costs of suit in the sum of $_____.

The Clerk is ordered to enter this Judgment.

Dated: May 14, 2010

                                       JOHN F. WALTER  
                                  UNITED STATES DISTRICT JUDGE