Thomas Doniger (Bar No. 76263)
Henry D. Fetter (Bar No. 76382)
DONIGER & FETTER
2444 N. Edgemont Street
Los Angeles, California 90027
(323) 660-9700
donigerandfetter@yahoo.com

Attorneys for
Defendant Promofilm US, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUFTU MURAT UCKARDESLER, GLOBAL AGENCY, LTD.<br><br>Plaintiffs,<br><br>v.<br><br>KAZA AZTECA AMERICA, INC., DBA AZTECA AMERICA, PROMOFILMS US LLC, AND DOES 1 THROUGH 10,<br><br>Defendants. | CASE NO. CV 09-01467 JFW (MANx)<br><br>Assigned to the Honorable John F. Walter<br><br>**JOINT STATEMENT PURSUANT TO COURT ORDER OF JULY 6, 2010 ON DEFENDANT PROMOFILM US, LLC'S MOTION FOR AND AWARD OF ATTORNEY'S FEES**<br><br>Hearing Date : July 12, 2010<br>Time: 1:30 P.M.<br>Courtroom: 16 |

On or about May 27, 2010 defendant Promofilm US, LLC ("Promofilm") filed and served its motion for an award of attorney's fees pursuant to F.R. Civ. P. 54(d)(2) and 17 USC §505.

By that motion, Promofilm seeks an award in the amount of $273,840.90.

To avoid litigation expense, plaintiffs are not objecting to the specific hours and fees set forth in Promofilm's application for attorney's fees.

1

| | |
|---|---|
| | Respectfully submitted, |
| Dated: July 27, 2010 | Doniger & Fetter |
| | By: *[signature]* |
| | Henry D. Fetter<br>Attorneys for Defendant<br>Promofilm US, LLC |
| Dated: July 27, 2010 | Cooper & Dunham LLP |
| | By: *Robert T. Maldonado*<br>Robert T. Maldonado<br>Attorneys for Plaintiffs<br>Luftu Murat Uckardesler<br>and Global Agency, Ltd. |

C:\Users\OFFICE\Desktop\backup\client leg. files\P1073\001\Jt.StmntReOrderMot.AttyFees.wpd

JOINT STATEMENT PURSUANT TO COURT ORDER ON PROMOFILM'S MOTION FOR AN AWARD OF ATTORNEY'S FEES