Thomas Doniger  (Bar No. 76263)
Henry D. Fetter (Bar No. 76382)
DONIGER & FETTER
2444 N. Edgemont Street
Los Angeles, California 90027
(323) 660-9700
donigerandfetter@yahoo.com

Attorneys for
Defendant Promofilm US, LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUFTU MURAT UCKARDESLER, GLOBAL AGENCY, LTD.<br><br>    Plaintiffs,<br><br> v.<br><br>KAZA AZTECA AMERICA, INC., DBA AZTECA AMERICA, PROMOFILMS US LLC, AND DOES 1 THROUGH 10,<br><br>    Defendants. | CASE NO. CV 09-01467 JFW (MANx)<br><br>Assigned to the Honorable John F. Walter<br><br>**[REVISED PROPOSED] ORDER ON DEFENDANT PROMOFILM US, LLC'S MOTION FOR AN AWARD OF ATTORNEY'S FEES [17 USC § 505; F.R.Civ.P. 54(d)(2)]**<br><br>Date:  July 12, 2010<br>Time:  1:30 p.m.<br>Courtroom: 16 |

  Having considered Defendant Promofilm US, LLC's ("Promofilm") motion pursuant to 17 USC § 505 and F.R.Civ.P. 54(d)(2) for an award of the reasonable attorney's fees and non-taxable costs incurred in its successful defense of the Complaint, the papers filed by the parties in support of, and in opposition to, the motion, and the argument of counsel, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

  1. Promofilm is a prevailing party in this copyright infringement action, having been granted Summary Judgment; under the Copyright Act, 17 USC §505, and the cases interpreting the Act, Promofilm is entitled to an award of reasonable attorney's

1

fees (including litigation-related non-taxable costs) based upon the factors delineated in <u>Fantasy, Inc. v. Fogerty</u>, 94 F.3d 553 (9th Cir. 1996) and <u>Fogerty v. Fantasy, Inc.</u>, 510 U.S. 517, 114 S. Ct. 1023, 127 L.Ed. 2d 455 (1994); and the fees incurred by Promofilm in defending this action are reasonable; and

    2. By reason of the foregoing, Promofilm is awarded reasonable attorney's fees (including litigation-related non-taxable costs) in the amount of $273,840.40 against Plaintiffs Luftu Murat Uckardesler (also known as Lutfu Murat Uckardesler) and Global Agency, Ltd., jointly and severally.

DATED: July 30, 2010

                                         United States District Judge

S:\JFW\CIVIL CASES\LuftuMuratUckardesler 9-1467\LA 09 CV 01467 JFW- O atty fees.wpd